UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on July 9, 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| LAKETIA HAZELWOOD, | : | VIOLATION: |
| | : | 18 U.S.C. § 844(i) |
| Defendant. | : | (Arson) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 17, 2019, within the District of Columbia, **LAKETIA HAZELWOOD**, maliciously damaged and destroyed, or attempted to damage and destroy, by means of fire and explosive materials, the building and its contents at 3970 Pennsylvania Avenue, SE, Washington, DC, the property of Pennsylvania House, LLC, a business engaged in and affecting interstate commerce.

(**Arson**, in violation of Title 18, United States Code, Section 844(i))

A TRUE BILL:

FOREPERSON.

*Jessie K. Liu* (DAB)
Attorney of the United States in
and for the District of Columbia.